IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01004-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff,

v.

SHARRON PHILLIPS: (Individual and Official Capacity),

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Service of Process & Summons & Complaint (Docket No. 11) is denied as moot.  A Waiver of Service of Summons was filed by defendant Sharon Phillips on May 19, 2015 (Docket No. 10).

Date: May 22, 2015