**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01004-CMA

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

SHARON PHILLIPS, in her official and individual capacity,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    PURSUANT to and in accordance with the Order Granting Defendant's Motion to Dismiss (Doc. # 14) entered by the Honorable Christine M. Arguello on September 30, 2015, incorporated herein by reference, it is

    ORDERED that Defendant's Motion to Dismiss is granted.  It is

    FURTHER ORDERED that judgment is entered in favor of Defendant Sharon Phillips, in her official and individual capacity, and against Plaintiff Jacob Daniel Oakley. It is

    FURTHER ORDERED that this civil action and Complaint are DISMISSED with prejudice. It is

FURTHER ORDERED that Defendant shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED: September 30, 2015

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                       By:  s/   V. Barnes
                                V. Barnes
                                Deputy Clerk